IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02491-RPM

CREEKSIDE TOWNHOMES OWNERS ASSOCIATION, INC.,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **November 15, 2013, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 15, 2013.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

      Dated: September 25th, 2013

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge