IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02491-RPM

CREEKSIDE TOWNHOMES OWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Because plaintiff's counsel failed to appear at the scheduling conference this morning, it is

    ORDERED that the scheduling conference is rescheduled for **January 21, 2014, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

    Dated:   December 23rd, 2013

                                    BY THE COURT:

                                      s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge