**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:  September 25, 2014
Courtroom Deputy:  J. Chris Smith
FTR Technician:  Kathy Terasaki

_____

Civil Action No. 13-cv-02491-RPM

CREEKSIDE TOWNHOMES OWNERS ASSOCIATION, INC.          Michael G. Brownlee

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,          Christian S. Munson

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**2:00 p.m.**      **Court in session.**

Court's preliminary remarks and states its understanding of the appraisal process.

Argument by Mr. Munson.

Court's statement to Mr. Munson regarding undue delay.

Discussion regarding scheduling.

**ORDERED:**      **Scheduling Conference set October 10, 2014 at 2:00 p.m.
Counsel to prepare and submit a proposed scheduling order prior to the conference.
Plaintiff's Motion to Compel Appraisal [20], is moot.
Plaintiff's Motion to Strike [21]Defendant's Response to Plaintiff's Motion to Compel Appraisal [22], is denied.**

**2:08 p.m.**      **Court in recess.**

Hearing concluded.  Total time: 08 min.