**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                          October 10, 2014
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 13-cv-02491-RPM

CREEKSIDE TOWNHOMES OWNERS ASSOCIATION, INC.            Michael G. Brownlee

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
                                                                                                                          Christian S. Munson

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Third Scheduling Conference**

**1:55 p.m.        Court in session.**

Discussion regarding the motion to amend the complaint.

**ORDERED:    Plaintiff's Motion for Leave to Amend the Complaint [27]: ruling deferred until trial, punitive damages to be determine by the jury if applicable and no additional discovery on this claim.**

Discussion regarding case facts and discovery.

Discussion regarding related state court action (set for trial the last week of this month).

Discussion regarding experts.
Court states issues of bad faith and unreasonable delay are jury questions and no expert testimony permitted in these areas.

Court states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

**ORDERED:    Four day jury trial set May 4, 2015
                          Pretrial conference set April 17, 2015 at 2:00 p.m.**

**Scheduling Order approved.**

**2:10 p.m.        Court in recess.**     Hearing concluded.  Total time: 15 min.