**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                 March 12, 2015
Courtroom Deputy:  Robert R. Keech
FTR Technician:      Kathy Terasaki

---

| | |
|---|---|
| Civil Action No. **13-cv-02491-RPM** | Counsel: |
| **CREEKSIDE TOWNHOMES OWNERS ASSOCIATION, INC.,** | Michael G. Brownlee<br>Robert W. Loree |
|     Plaintiff, | |
| v. | |
| **AMERICAN FAMILY MUTUAL INSURANCE COMPANY,** | Clifton J. Latiolais, Jr. |
|     Defendant. | |

---

### COURTROOM MINUTES

---

**MOTION HEARING:** Plaintiff's Motion to Determine the Sufficiency of Defendant's Answers and Objections to Plaintiff's Request for Admissions and Request for Forthwith Hearing [ECF Doc. No. 31]

**3:37 p.m.**    **Court in session.**

                Court calls case.

                Appearances of counsel.

                Plaintiff's Motion to Determine the Sufficiency of Defendant's Answers and Objections to Plaintiff's Request for Admissions and Request for Forthwith Hearing [ECF Doc. No. 31], filed March 3, 2015, is raised for argument.

3:39 p.m.    Argument by Defendant by Mr. Latiolais.

3:43 p.m.    Argument by Plaintiff by Mr. Brownlee and statement that post-filing conduct will be withdrawn.

**ORDERED:**   Plaintiff's Motion to Determine the Sufficiency of Defendant's Answers and Objections to Plaintiff's Request for Admissions and Request for Forthwith Hearing [ECF Doc. No. 31], filed March 3, 2015, is **DENIED.**

**ORDERED:**   Post-filing conduct will not be a claim in this case as it has been withdrawn by Plaintiff.

Plaintiff's Motion for Leave to Amend Complaint [ECF Doc. No. 27], filed October 6, 2014, is raised for argument.

3:45 p.m.   Argument by Plaintiff by Mr. Brownlee.

**ORDERED:**   Plaintiff's Motion for Leave to Amend Complaint [ECF Doc. No. 27], filed October 6, 2014, is **TO BE RESOLVED AT PRETRIAL CONFERENCE.**

**3:45 p.m.**   **Court in recess.   Hearing concluded.**

**Total time:  8 minutes.**