IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             April 17, 2015
Courtroom Deputy: Bernique Abiakam
FTR Technician:   Kathy Terasaki

Civil Action No.: 13-cv-02491-RPM

| | |
|---|---|
| CREEKSIDE TOWNHOMES OWNERS ASSOCIATION, INC., | Michael G. Brownlee<br>Edwin T. Lipscomb |
| Plaintiff, | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | Clifton J. Latiolais, Jr. |
| Defendant. | |

## COURTROOM MINUTES

**Pretrial Conference**

**1:57 p.m.    Court in session.**

Counsel present.

Discussion regarding Pretrial Order and pending motions.

**ORDERED:** Plaintiff's Motion To Exclude The Testimony Of Defendant's Expert Dale Crawford (Filed 4/16/15; Doc. No. 36) is GRANTED.

**ORDERED:** Motion To Strike Defendant's affirmative Defenses (Filed 4/16/15; Doc. No. 35) is GRANTED.

**ORDERED:** Defendant's Motion To Strike Plaintiff's Experts (Filed 4/16/15; Doc. No. 37) is GRANTED in PART, and DENIED in PART.  Granted as to witness, Roger Grimm.  Denied as to witness, Jay Duran.  Witness, Peter Ridulfo shall be limited to fact witness testimony.

**ORDERED:** Defendant's Motion In Limine To Preclude Testimony Of John Lear (Filed 4/16/15; Doc. No. 38) is DENIED.

Discussion regarding witness lists.

*13-cv-02491-RPM*
*Pretrial Conference*
*April 17, 2015*

**ORDERED:   Counsel shall submit, directly to Chambers, final witness lists, final exhibit lists, proposed jury instructions, and proposed voir dire by close of business April 27, 2015.**

The Court explains its trial procedures to counsel.

Case will be tried to a jury of 12.

**ORDERED:   Counsel shall notify Chambers, by close of business April 27, 2015, as to whether or not they have settled.**

**Pretrial Order APPROVED and SIGNED.**

**2:16 p.m.      Court in recess.**
Hearing concluded.
Total time in court: 19 minutes