# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 2013-CV-02491

**Creekside Townhomes Owners Association, INC.**

    Plaintiff

v.

**American Family Mutual Insurance Company**

Defendant.

_____

# ORDER DISMISSING CASE WITH PREJUDICE
_____

This matter comes before the Court upon the Stipulated Motion for Dismissal with Prejudice filed by the parties to this matter. The Court, having the reviewed the same, and being fully advised of the premises, hereby finds and concludes:

The parties' request for dismissal with prejudice of this action is hereby GRANTED, each party to pay her or its own costs.

DONE this 1st day of May, 2015.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge